Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 26−18780−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Antonio Alicea
3 HORTON AVE
Bridgeton, NJ 08302

Social Security No.:
xxx−xx−8697

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 8, 2026.

Dated: October 8, 2026
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Antonio Alicea
Debtor

Case No. 26-18780-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 2
Date Rcvd: Oct 08, 2026 | Form ID: plncf13 | Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| @ | Recipients marked '@' were noticed on Oct 24, 2026. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| @db | + | Antonio Alicea, 3 HORTON AVE, Bridgeton, NJ 08302-5996 |
| @521316198 | + | KML LAW GROUP, 216 HADDON AVENUE, SUITE 406, Collingswood, NJ 08108-2812 |
| @521316200 | + | PAMELA CARR, 3 HORTON AVE, Bridgeton, NJ 08302-5996 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Oct 08 2026 21:42:35 | KML Law Group, Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 08 2026 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 08 2026 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521316193 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 08 2026 21:54:03 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521388741 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 08 2026 21:53:59 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 521316194 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 08 2026 21:54:08 | Citibank/The Home Depot, Citicorp Cr SrvsCentralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 521316195 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 08 2026 21:54:04 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 521316196 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 08 2026 21:46:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 521356267 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 08 2026 21:46:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 521316197 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 08 2026 21:46:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 521390131 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2026 21:53:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521316199 | | Email/Text: camanagement@mtb.com | Oct 08 2026 21:45:00 | M&T Bank, 1 Fountain Plaza, Floor 3, Buffalo, NY 14203 |
| 521391917 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 08 2026 21:53:56 | PORTFOLIO RECOVERY ASSOCIATES, LLC, |

| | | | | |
|---|---|---|---|---|
| | | | | POB 41067, Norfolk, VA 23541 |
| 521327341 | | Email/Text: bnc-quantum@quantum3group.com | Oct 08 2026 21:45:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 521316201 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 08 2026 21:44:00 | Verizon Wireless, Attn: Bankruptcy Department, P.O.Box 408, Newark, NJ 07101-0408 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, 1 Fountain Plaza, Floor 3, Buffalo, NY 14203 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Mitchell L Chambers, Jr. | on behalf of Debtor Antonio Alicea ecfbc@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5